**No. 58864.**—Peterson Steels, Inc. *v.* United States, protests 213357–K, 233316–K, and 235310–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that certain items of the merchandise are cold-drawn and annealed steel wire rods, valued at more than 6 cents per pound, measuring 0.328 inch, 0.265 inch, and 0.240 inch in diameter, alloyed with from 1.34 to 1.59 percent of chromium, imported in coils, and that said merchandise is the same in all material respects as the cold-drawn steel rods the subject of Abstracts 5798 and 49897.   Upon the agreed statement of facts and following the cited decisions, the claim of the plaintiff was sustained.

**No. 58865.**—Lep Transport, Inc. *v.* United States, protests 236653–K and 236654–K (New York).

Opinion by LAWRENCE, J.   From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness attaching to the collector's classification.  The protests were therefore overruled.

**No. 58866.**—Artmart Linen Co., Inc., et al. *v.* United States, protests 244478–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of doilies similar in all material respects to those the subject of Abstract 58520, the claim of the plaintiffs was sustained.